UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHERMANN HENDERSON | * | CIVIL ACTION NO: |
| | * | |
| VERSUS | * | JUDGE |
| | * | |
| UNION PACIFIC RAILROAD COMPANY | * | MAG. JUDGE |
| | * | |

*******************************************

## COMPLAINT

The complaint of Shermann Henderson against defendant, Union Pacific Railroad Company respectfully represents upon information and belief as follows:

1.

Plaintiff, Shermann Henderson, is a person of full age of majority domiciled in the State of Louisiana, Ouachita Parish, who at all material times herein was acting as a borrowed employee, or a dual employee working under the direction, control and supervision of defendant, Union Pacific Railroad Company, a common carrier railroad engaged in interstate commerce, at defendant's railway yard and trackage in and around Mt. Vernon, IL.  Plaintiff's claims herein arise under the Federal Employer's Liability Act, 45 U.S.C. §51 *et seq.*

2.

Defendant, Union Pacific Railroad Company, is a common carrier railroad engaged in interstate commerce.  Jurisdiction and venue are proper pursuant to 45 U.S.C. §56 as Union Pacific Railroad Company is conducting and doing business in this judicial district.

3.

On November 2, 2013 plaintiff, Shermann Henderson, while in the course and scope of his employment in interstate commerce with defendant, Union Pacific Railroad Company, was operating a loader moving railroad ties from the track right of way to rail cars at defendant's railyard in Mt. Vernon, IL.. Plaintiff suffered injuries to his person, specifically injuries to his back when he slipped due to a hydraulic oil leak while exiting the loader he had been operating. Defendant, Union Pacific Railroad Company failed to inspect, repair and provide a safely operating unloader free of defects, in particular one free of hydraulic leaks, and otherwise failed to provide a safe place to work

4.

The accident and injuries were caused by the negligence of defendant, Union Pacific Railroad Company, its agents, servants, and/or employees in the following non-exclusive particulars:

  a. Failing to provide a safe place to work;

  b. Failing to provide appropriate supervision, inspection, repairs, tools, manpower, equipment and appliances;

  c. Failing to inspect and repair defective equipment, i.e the loader in question;

  d. All other acts, evidence of fault, omission or commission which may become apparent through the course of discovery or which may be proved at trial.

5.

Due to the injuries sustained by the plaintiff, he is currently disabled from returning to his prior occupation, has been caused to suffer past and future mental anguish, pain, disability, loss of income and loss of enjoyment of life and has and will incur medical expenses.  Plaintiff seeks damages as best as can be estimated at this time of a sum up to $1,000,000.00.  Plaintiff reserves the right to supplement and/or amend this Complaint in order to more accurately reflect the damages sustained herein as they become more apparent and determinable.

6.

The accident and resulting injuries herein were not caused by any fault or want of care of the plaintiff, Shermann Henderson.

WHEREFORE, claimant, Shermann Henderson prays for judgment against defendant, Union Pacific Railroad Company for damages of $1,000,000.00 with interest from date of injury, costs and any other relief to which petitioner may be entitled.

Covington, Louisiana this 20th day of March, 2015.

Respectfully submitted,

/s/ *Franklin G. Shaw*
Franklin G. Shaw, Bar No. 1594
Walter J. Leger, Jr. Bar No. 88278
LEGER & SHAW
512 E. Boston Street
Covington, LA 70433
Telephone 985-809-6625
Facsimile  985-809-6626

And

James R. Herron, La. Bar No.
310 Pine Street
Monroe, LA 71201

                          Telephone (318) 325-0082
                          Facsimile  (318) 325-0125

                          *Counsel for Plaintiff*

**PLEASE SERVE DEFENDANT:**

Union Pacific Railroad Company, through its agent for service of process:

C T Corporation System
5615 Corporate Blvd., Ste. 400b
Baton Rouge, La 70808